IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LEVI GARY SPRINGER, | ) | Civil Action No. 7:12cv00074 |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | |
| RANDAL MATHENA et al., | ) | |
| | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

Levi Gary Springer, a Virginia inmate proceeding *pro se*, brings this action pursuant to 42 U.S.C. § 1983, claiming the defendants, several Red Onion State Prison employees, interfered with Springer's access to the courts, inflicted cruel and unusual punishment on him, and displayed deliberate indifference to his medical needs. The court has referred the matter to United States Magistrate Judge Pamela Meade Sargent for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has issued a report analyzing Springer's request for injunctive relief and recommending the court deny Springer's request on the ground that Springer has entirely failed to specify the nature of the injunctive relief he is seeking. Springer has filed a three-page objection to the Report and Recommendation that reiterates his previous arguments but offers no more specificity than any of Springer's earlier filings. The court has reviewed the record *de novo* in light of Springer's objections and adopts the Magistrate Judge's Report and Recommendation. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Springer's objections (ECF No. 73) are **OVERRULED**, the Magistrate Judge's Report and Recommendation (ECF No. 70) is **ADOPTED**, and Springer's request for injunctive relief is **DENIED**.

The Clerk is **DIRECTED** to send a copy of this order to the plaintiff.

**ENTER**: October 10, 2012.

                                                          UNITED STATES DISTRICT JUDGE